IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIELLE DUCKETT | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-4017 |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF HEALTH AND HUMAN SERVICES | : : : | |

# **ORDER**

AND NOW, this 16th day of July, 2019, upon consideration of the Motion for Summary Judgment filed by Plaintiff Danielle Duckett, the Motion for Summary Judgment filed by Defendant Pennsylvania Department of Human Services (DHS), the responses thereto, and the parties' presentations at the July 9, 2019, oral argument, and for the reasons set forth in the accompanying Memorandum, it is ORDERED:

1. DHS's Motion for Summary Judgment (Document 15) is GRANTED and Judgment is entered in favor of DHS on all claims;

2. Duckett's Motion for Summary Judgment (Document 12) is DENIED; and

3. DHS's Motion *in Limine* (Document 24) is DISMISSED as moot.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.